UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 16-51891 |
| BRP ACQUISITION GROUP, INC., | Chapter 7 |
| Debtor. / | Judge Thomas J. Tucker |
| CHARLES L. WELLS, III, TRUSTEE, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 17-4147 |
| MARIA FAYE CABALLERO, etc., et al., | |
| Defendants. / | |

**ORDER DENYING PLAINTIFF'S MOTION
FOR ORDER DISQUALIFYING DEFENDANTS' COUNSEL**

This adversary proceeding came before the Court on June 14, 2017, for a hearing on the Plaintiff's motion entitled "Plaintiff's Motion for Order Disqualifying Defendants' Counsel Mytnyk & Associates, PLLC a/k/a the Sterling Law Firm" (Docket # 14, the "Motion"). For the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that the Motion (Docket # 14) is denied, without prejudice to the right of the Plaintiff to file a new motion to disqualify Defendants' counsel in the future, based on any facts or evidence not considered by the Court in ruling on the Motion on June 14, 2017.

.

**Signed on June 14, 2017**

　　　　　　　　　　　　　　　　　　　/s/ Thomas J. Tucker
　　　　　　　　　　　　　　　　　　Thomas J. Tucker
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge