UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| BRP ACQUISITION GROUP, INC., | Chapter 7 |
| d/b/a BLACK RIVER PLASTICS, | Case No. 16-51891-TJT |
| d/b/a BLACK RIVER COMPANIES, | Hon. Thomas J. Tucker |
| d/b/a BLACK RIVER CHIMPLAST, | |

      Debtor.

_____/

CHARLES L. WELLS, III, Trustee

      Plaintiff,

vs.                                                                          Adversary Proceeding
                                                                              No. 17-04147

MARIA FAYE CABALLERO, a/k/a MARIAFAYE
CABALLERO, f/k/a MARIAFE C. MYTNYK,
PETER MYTNYK, 2345 PETIT STREET, LLC,
2611 16TH STREET, LLC, and EDISON
SHORES FUNDING, LLC,

      Defendants.

_____/

## AMENDED NOTICE OF DEPOSITION OF
## CHRISTOPHER MYTNYK

      PLEASE TAKE NOTICE that pursuant to Rule 7030 of the Federal Rules of Bankruptcy

Procedure Plaintiff, through its attorneys Gold, Lange & Majoros, P.C., will take the deposition of

Christopher Mytnyk. The deposition shall be upon oral examination before an officer authorized

by law to administer oaths and will take place on October 5, 2017 at 1:00 p.m. and continuing

thereafter until completed, at the offices of Gold, Lange & Majoros, P.C., located at 24901

Northwestern Highway, Suite 444, Southfield, Michigan.

1

GOLD, LANGE & MAJOROS, P.C.


Dated: September 28, 2017                 /s/ Elias T. Majoros
                                        Elias T. Majoros
                                        Attorney for Plaintiff
                                        24901 Northwestern Highway, Suite 444
                                        Southfield, MI 48075
                                        (248) 350-8220
                                        emajoros@glmpc.com
                                         (P41040)

H:\GLM OTHER TRUSTEES\BRP Acquisition Group (Wells)\Wells v. Caballero, et al\Chris Mytnyk Deposition\Notice of Taking Deposition
(Christopher Mytnyk).pks.docx

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

BRP ACQUISITION GROUP, INC.,                          Chapter 7
d/b/a BLACK RIVER PLASTICS,                            Case No. 16-51891-TJT
d/b/a BLACK RIVER COMPANIES,                           Hon. Thomas J. Tucker
d/b/a BLACK RIVER CHIMPLAST,

      Debtor.
_____/

CHARLES L. WELLS, III, Trustee

      Plaintiff,

vs.                                                    Adversary Proceeding
                                                       No. 17-04147

MARIA FAYE CABALLERO, a/k/a MARIAFAYE
CABALLERO, f/k/a MARIAFE C. MYTNYK,
PETER MYTNYK, 2345 PETIT STREET, LLC,
2611 16TH STREET, LLC, and EDISON
SHORES FUNDING, LLC,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

      I hereby certify that on September 28, 2017, I electronically filed the Notice of Deposition of Christopher Mytnyk and Certificate of Service with the Clerk of the Court using the ECF system.

Christopher B. Mytnyk
Mytnyk & Associates, PLLC a/k/a
The Sterling Law Firm
15000 Hall Road
Sterling Heights, MI   48313

Dated: September 28, 2017                    /s/    Elias T. Majoros
                                             Gold, Lange & Majoros, P.C.
                                             24901 Northwestern Hwy., Suite 444
                                             Southfield, MI 48075
                                             (248) 350-8220
                                             emajoros@glmpc.com
                                             (P41040)

H:\GLM OTHER TRUSTEES\BRP Acquisition Group (Wells)\Wells v. Caballero, et al\Chris Mytnyk Deposition\Notice of Taking Deposition (Christopher Mytnyk).pks.docx